# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 19-2051 DSF (MRW) | Date | October 19, 2020 |
|---|---|---|---|
| Title | Castro v. O.C. Sheriff Dep't | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE RE: DISMISSAL

1. This is a _pro se_ civil rights action. In June 2020, Magistrate Judge Wilner dismissed Plaintiff's amended complaint due to various pleading defects. (Docket # 20.) The dismissal order gave Plaintiff a deadline by which he was required to amend the complaint to address those defects or dismiss the action.

2. Since then, the Court granted two requests from Plaintiff to extend the time to attempt to amend the complaint. (Docket # 23, 24, 26, 27.) Even so, Plaintiff has failed to amend his complaint. The Court further notes that, although Plaintiff's action challenges conditions of confinement in an Orange County jail facility, Plaintiff has been out of custody for approximately five months.

3. Plaintiff's most recent amendment deadline expired in late September. Plaintiff is therefore ORDERED to show cause why the action should not be dismissed permanently. Plaintiff's response to this OSC (not to exceed five pages) _and_ his amended complaint must be filed by November 4.

4. Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). _Applied Underwriters, Inc. v. Lichtenegger_, 913 F.3d 884 (9th Cir. 2019).