# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CASTRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ORANGE COUNTY SHERIFF'S DEP'T, et al.,<br><br>　　　　Defendant. | Case No. SA CV 19-2051 DSF (MRW)<br><br>JUDGMENT |

　　Pursuant to the concurrently-filed Order Dismissing Action,

　　IT IS ADJUDGED that judgment be entered dismissing this action with prejudice.

DATED: December 8, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE